**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

|  |  |  |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 11-740 (RBK) |
| v. | : | |
| | : | **ORDER** |
| NICODEMO S. SCARFO, et al., | : | |
| | : | |
| | : | |

THIS MATTER having come before the Court upon the motion of Defendant Salvatore

Pelullo for reconsideration of his previously filed motion to suppress Title III wiretaps, and the

Court having considered the moving papers and the Government's response, and the Court

having considered the parties' arguments at the hearing of December 4, 2013 on the motion, and

for the reasons expressed on the record at that hearing;

**IT IS HEREBY ORDERED** that the motion of Defendant Salvatore Pelullo for

reconsideration is **DENIED**.


Dated:  12/6/2013                              /s/ Robert B. Kugler
                                        ROBERT B. KUGLER
                                        United States District Judge